ACCEPTED
03-25-00559-cv
108157496
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 8:29 AM
JEFFREY D. KYLE
CLERK



**Chief Justice**

SCOTT BRISTER

**Justices**

SCOTT FIELD
APRIL FARRIS

**Clerk**

CHRISTOPHER A. PRINE

Phone: 512-463-1610

www.txcourts.gov/15thcoa

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 8:29:26 AM
JEFFREY D. KYLE
Clerk

# Fifteenth Court of Appeals

P.O. Box 12852,
Austin, Texas 78711

November 18, 2025

The Honorable Jeffrey Kyle, Clerk                via EFILE Texas
Third Court of Appeals
209 West 14th, Room 101
Austin, Texas 78701

RE: Court of Appeals Number:      03-25-00559-CV

Trial Court Case Number:           D-1-GN-22-004532

Style:   Samsung Austin Semiconductor, LLC v. Ken Paxton, Attorney
General of The State of Texas, Texas Commission on
Environmental Quality; and Kelly Keel, Executive Director of
The Texas Commission on Environmental Quality

Dear Mr. Kyle:

The Fifteenth Court of Appeals agrees with the Third's Court's recommendation that this matter should be transferred to this Court as set forth in Texas Rule of Appellate Procedure 27a. Please let me know if you need any additional information.

Sincerely,

Christopher A. Prine, Clerk

cc:   Counsel of Record – via EFILE Texas

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108157496
Filing Code Description: Letter
Filing Description: 15th COA Response to TRAP 27a Letter
Status as of 11/18/2025 9:35 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jack Skaggs | | jskaggs@jw.com | 11/18/2025 8:29:26 AM | SENT |
| Danica Milios | | dmilios@jw.com | 11/18/2025 8:29:26 AM | SENT |
| Kimberly Gdula | 24052209 | kimberly.gdula@oag.texas.gov | 11/18/2025 8:29:26 AM | SENT |
| Anne Derrig | 24112764 | aderrig@jw.com | 11/18/2025 8:29:26 AM | SENT |
| Martin Cohick | 24134042 | martin.cohick@oag.texas.gov | 11/18/2025 8:29:26 AM | SENT |
| Paul Pruneda | | paul.pruneda@oag.texas.gov | 11/18/2025 8:29:26 AM | SENT |